United States District Court
Southern District of Texas
**ENTERED**
September 15, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| VS. | § CIVIL ACTION NO. 5:20-CV-77 |
| 3.817 ACRES OF LAND, MORE OR LESS, *et al*, | § |
| Defendants. | § |

# ORDER

This case is hereby **REFERRED** to United States Magistrate Judge John A. Kazen for the following purpose:

( ) Plenary pre-trial handling:

( ) Ruling on non-dispositive motion:

(X) **Findings of Fact and Recommendations of Law** on dispositive motions:

- Plaintiff's Opposed Motion for Order of Immediate Possession (Dkt. No. 10).

It is so **ORDERED**.

**SIGNED** September 15, 2020.

Marina Garcia Marmolejo
United States District Judge